IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

Nathaniel Harold Green,          )
                                 )
          Plaintiff,             )
                                 )
vs.                              )          Civil Action No. 6:10-429-TLW-WMC
                                 )
                                 )
BCDC; HFDC; BC Sheriff Department; )
Wayne Dewitt; R. Driggers; K. P. Murphy; )
Sgt. Sanders; Lt. Riley; Nurse Paula, )
                                 )
          Defendants.            )
_____  )

# ORDER

Nathaniel Harold Green, ("plaintiff"), brought this civil action, *pro se*, pursuant to 42

U.S.C. § 1983 on February 23, 2010. (Doc. # 1).

This matter now comes before this Court for review of the Report and Recommendation

("the Report") filed by United States Magistrate Judge William M. Catoe, to whom this case had

previously been assigned. In the Report, the Magistrate Judge recommends that the District

Court dismiss the BCDC (Berkeley Bounty Detention Center), the HFDC (Hill Finklea

Detention Center), and the BC Sheriff Department (Berkeley County Sheriff Department) from

the above-captioned case without prejudice and without issuance and service of process. (Doc. #

14). The plaintiff filed no objections to the Report. Objections were due by March 29, 2010.

This Court is charged with conducting a <u>de novo</u> review of any portion of the Magistrate

Judge's Report and Recommendation to which a specific objection is registered, and may accept,

reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. §

636. In the absence of objections to the Report of the Magistrate Judge, this Court is not required

to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.** (Doc. # 14). Therefore, the BCDC (Berkeley Bounty Detention Center), the HFDC (Hill Finklea Detention Center), and the BC Sheriff Department (Berkeley County Sheriff Department) are hereby **DISMISSED** from the above-captioned case without prejudice and without issuance and service of process.

**IT IS SO ORDERED**

_____s/Terry L. Wooten_____
United States District Judge

April 13, 2010
Florence, South Carolina